# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12072-MDC

CHRISTINA M GALANAUGH

12484 SWEET BRIAR ROAD

PHILADELPHIA, PA 19154-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHRISTINA M GALANAUGH

12484 SWEET BRIAR ROAD

PHILADELPHIA, PA 19154-

Counsel for debtor(s), by electronic notice only.

DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Date: 6/28/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee