# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Christina M. Galanaugh　　　　　　　　Bankruptcy No. 19-12072

Debtor　　　　　　　　Chapter 13

## CERTIFICATION OF SERVICE

　　Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **August 14, 2019** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the First Amended Plan to all creditors on the matrix.

　　The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

　　　　　　　　　　　　　　　　S/Diana M. Dixon, Esquire
　　　　　　　　　　　　　　　　Diana M. Dixon, Esquire