United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12072-mdc
Christina M. Galanaugh                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 1                    Date Rcvd: Oct 04, 2019
                                Form ID: pdf900             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db              +Christina M. Galanaugh,    12484 Sweet Briar Road,    Philadelphia, PA 19154-1318
14299657        +KML Law Group, P.C.,    Rebecca A. Solarzl, Esq.,    BNY Independence Center,
                 701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
14299658        +NOVAD Management Consulting, LLC,    2401 N.W. 23rd Street,    Suite 1 A,
                 Oklahoma City, OK 73107-2423
14299660        +Philadelphia Gas Works,    800 W. Montgomery Avenue,    ATTN: Bankruptcy Dept. 3 F,
                 Philadelphia, PA 19122-2898
14314168        +U.S. Bank National Assoc.,    trustee for PHFA,    KML Law Group P.C.,
                 701 Market Street ste 5000,    Philadelphia Pa 19106-1541
14303014        +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
14299661        +U.S. Department of Housing & Urban Devel,    451 7th Street S.W.,    Washington, DC 20410-0002
14338837        +US BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENN,    211 North Front Street,
                 Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2019 02:45:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2019 02:45:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14299664         E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:42     Water Revenue Bureau,
                 Law Dept. - Tax Unit - Munip Ser. Bldg,    1401 JFK Blvd,    Room 580,
                 Philadelphia, PA 19102-1595
14299656        +E-mail/Text: blegal@phfa.org Oct 05 2019 02:45:29     PA Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14299659        +E-mail/Text: bankruptcygroup@peco-energy.com Oct 05 2019 02:45:07     Peco,    PO Box 8699,
                 Philadelphia, PA 19101-8699
14299662        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2019 02:59:37
                 Verizon by American Info Source as Agent,    4515 N. Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
14379947        +E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:42     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14299663*       +Verizon by American Info Source as Agent,    4515 N. Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor Christina M. Galanaugh dianamdixonesq@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    US BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHRISTINA M GALANAUGH | Chapter 13 |
| Debtor | Bankruptcy No. 19-12072-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 3, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Debtor:
CHRISTINA M GALANAUGH

12484 SWEET BRIAR ROAD

PHILADELPHIA, PA 19154-